UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD OBERWISE,

    Plaintiff,

v.                          CASE NO.: 8:12-cv-2134-T-23TGW

JAMES MOORMAN, et al.,

    Defendants.
_____/

## **ORDER**

The *pro se* plaintiff moves (Doc. 2) for leave to proceed *in forma pauperis*. He attempts to sue his former state court public defender and his counsel's supervisors under 28 U.S.C. § 1983. Magistrate Judge Thomas B. Wilson considered the motion (Doc. 2), issued (Doc. 4) a report pursuant to 28 U.S.C. § 636, and recommended denying the motion and dismissing the plaintiff's claims for failure to state a claim. The plaintiff files no objection.

The Magistrate Judge's report (Doc. 4) is factually and legally sound and is **ADOPTED**. Accordingly, the plaintiff's motion (Doc. 2) is **DENIED**. The plaintiff's claims (Doc. 1) are **DISMISSED**. The clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on October 22, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE